HARRY C. HALLENBECK et al., Plaintiffs, *v.* ANNETTE M. HALLENBECK et al., Defendants; ISADORA E. MANGLES, Appellant, and CHAMBERLAIN OF THE CITY OF NEW YORK, Respondent.

(Argued January 23, 1934; decided February 27, 1934.)

*Frank A. Kister* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*Sigmund F. Sarnowski* and *William R. Wilson* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: KELLOGG, J.